**Aubrey J. EL, Plaintiff–Appellant,**

v.

**LUCENT TECHNOLOGIES, INCORPORATED, Defendant–Appellee.**

No. 03–1466.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

Aubrey J. El, Appellant Pro Se. James LeRoy Banks, Jr., McGuirewoods, L.L.P., McLean, Virginia; Christopher Michael Michalik, McGuirewoods, L.L.P, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Aubrey J. El appeals the district court's orders granting summary judgment for Lucent Technologies, Inc., in his employment discrimination action and denying El's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See El v. Lucent Technologies, Inc.,* No. CA–02–627–3 (E.D. Va. March 6, 2003; March 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*